# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D24-0730
LT Case No. 2015-CF-1056

———————————————

HERMAN PAUL SOLANO,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Herman Paul Solano, Live Oak, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan Assistant Attorney General, Daytona Beach, for Respondent.

April 26, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 6, 2023 order denying defendant's motion for postconviction relief rendered in Case No. 2015-CF-1056, in the Circuit Court in and for St. Johns County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, MACIVER, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____